UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,                              CR 10-326-01 DSD/FLN

    Plaintiff,

v.                                                     O R D E R

John Anthony Spencer,

    Defendant.

_____

    Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated March 10, 2011, all the files and records, and no objections having been filed to said Report and Recommendation,

    **IT IS HEREBY ORDERED** that Defendant's motion to suppress statements, admissions and answers [#40] is DENIED.

DATED: March 28, 2011.

                                                         s/David S. Doty
                                                         David S. Doty, Judge
                                                         United States District Court